No. 84–6181. COSPITO ET AL. *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 3d Cir. Motion of Arkansas Legal Services Support Center et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 